# Knuckles Komosinski & Manfro LLP

600 E. Crescent Ave., Suite 201 | Upper Saddle River, NJ 07458
Tel (201) 391-0370 | eFax (201) 781-6744 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro
John E. Brigandi

**John E. Brigandi**
(201) 391-0370, ext. 401
jeb@kkmllp.com

September 3, 2020

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Moreno v. U.S. Bank, et al.
                Case No.:  19-cv-7098____

Dear Judge Koeltl,

    This office represents defendants U.S. Bank, N.A., not individually but solely as trustee for Bluewater Investment Trust 2017-1 ("U.S. Bank") and Selene Finance, LP ("Selene") (collectively, "Defendants") in the above-referenced action. I am writing to respectfully request a short adjournment of oral argument scheduled before Your Honor for September 18, 2020. Unfortunately, I have a conflict that day and will not be in the office. There have been no prior adjournments requests for this date, and I have received the consent of all parties in this action. All parties are available on September 29 and 30, 2020, in the event either of those dates are acceptable to Your Honor.

                                    Respectfully Submitted,

                                      _/s/ John E. Brigandi
                                      John E. Brigandi, Esq.