UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLAND MORENO,

                Plaintiff,         19-cv-7098 (JGK)

    - against -           ORDER

U.S. BANK, N.A. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/7/2020

JOHN G. KOELTL, District Judge:

    For the reasons stated at the conference held on **October 7, 2020**, the motion to dismiss is **granted** as to U.S. Bank on all counts without prejudice, **granted** as to Selene with respect to the New York General Business Law cause of action without prejudice, and **denied** as to Selene and Vartolo with respect to the Fair Debt Collection Practices Act cause of action. The plaintiff is **granted** leave to amend the complaint. The Clerk is directed to close Dkt. Nos. 26 and 30.

    The case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith and report to the Court within 7 days of the conclusion of the mediation.

SO ORDERED.

Dated:    New York, New York
          October 7, 2020

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge